IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAMAH NAVAJO CHAPTER,

    Plaintiff,

vs.                                                      Civ. No. 90-957 LH/WWD

MANUEL LUJAN, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This matter came before the Court for a pre-settlement conference meeting with Attorneys John Zavitz and Michael Gross on December 18, 1997. Counsel informed me that the parties agreed at a meeting held December 8, 1997, that they wanted to utilize an extended mediation session of approximately one week with a private mediator. At the meeting today, Messrs. Zavitz and Gross agreed to submit an agreed upon form of order to me which would address the aforementioned mediation. They also agreed to report back to me by telephone conference call or in person at 8:30 a.m. on Monday, February 2, 1998. The settlement conference scheduled for December 31, 1997, shall be vacated.

    This cause shall proceed in accordance with the foregoing.

    **IT IS SO ORDERED.**

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE