# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**RAMAH NAVAJO CHAPTER,**
**OGLALA SIOUX TRIBE, and**
**PUEBLO OF ZUNI, for themselves**
**and on behalf of a class of persons**
**similarly situated,**

      **Plaintiffs,**

**vs.**                     **No. 90 CV 957 JAP/KBM**

**SALLY JEWELL, Secretary of Interior,**
**in her official capacity,**
**LAWRENCE S. ROBERTS, Acting Assistant Secretary,**
**Indian Affairs, in his official capacity,**
**and**
**UNITED STATES OF AMERICA,**

      **Defendants.**

## JUDGMENT APPROVING SETTLEMENT AND AWARDING ATTORNEYS' FEES AND COSTS

In accordance with the FINDINGS OF FACT AND CONCLUSION OF LAW

APPROVING FINAL SETTLEMENT AGREEMENT AND AWARDING ATTORNEYS'

FEES AND COSTS entered herewith, the Court enters judgment in favor of the Plaintiff Class.

IT IS ORDERED that

1. The Final Settlement Agreement (Doc. No. 1306-1) is approved and incorporated as

the judgment of the Court.

2. The United States must pay Plaintiffs NINE HUNDRED AND FORTY MILLION

DOLLARS ($940,000,000), plus post-judgment interest in accordance with the law.

3.   The Settled Claims, as set forth in the Final Settlement Agreement, are dismissed with prejudice.

4.   The CLASS COUNSEL APPLICATION FOR AWARD OF ATTORNEY FEES AND COSTS (Doc. No. 1313) is granted, and Class Counsel are awarded as attorneys' fees 8.5% of the amount the Plaintiffs will receive from the Judgment Fund plus New Mexico Gross Receipts Taxes, which will be paid in accordance with the Final Settlement Agreement and in accordance with the JOINT STIPULATION REGARDING REIMBURSEMENT OF GROSS RECEIPTS TAX ON ATTORNEYS' FEE AWARD (Doc. No. 1344) and the ORDER (Doc. No. 1345).

5.   Class Counsel is awarded $1,205,989.92 as reimbursement for costs, which will be paid as provided in the Final Settlement Agreement.

6.   The Court retains jurisdiction to enforce the Final Settlement Agreement.

_____
SENIOR UNITED STATES DISTRICT JUDGE