UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RAMAH NAVAJO CHAPTER,**
**OGLALA SIOUX TRIBE,** and
**PUEBLO OF ZUNI,** for themselves,
and on behalf of a Class of others
similarly situated,

    Plaintiffs

    v.

**SALLY JEWELL,** Secretary of the
Interior, *et al.,*

    Defendants.

No. 90-cv-957-JAP/KBM

**UNOPPOSED ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF CLASS COUNSEL'S ENGAGEMENT OF MOSS ADAMS, LLP AS CLASS MONITOR**

On April 28, 2016, the Plaintiffs filed an Unopposed Motion for Approval of Class Counsel's Engagement of Moss Adams, LLP as Class Monitor (Doc. No. 1355). Under § 11.Q. of the Final Settlement Agreement ("FSA") (Doc. No. 1306-1), which the Court approved on February 23, 2016 (Doc. Nos. 1346 and 1347), Class Counsel are required to engage (subject to approval of this Court) a Class monitor "to independently review and confirm or correct the work of the Settlement Administrator." Class Counsel chose Moss Adams, LLP based on experience, price estimates, and references, and their selection to serve in this capacity was noticed to the Class in the notice approved by the Court (Doc. No. 1314). Class Counsel have subsequently negotiated a contract with Moss Adams,

LLP to carry out their duties as Class Monitor in the form attached to the pending Motion as Exhibit B, subject to approval of the Court. Defendants indicate they do not oppose this Motion, but take no position regarding the contract which Class Counsel have negotiated with Moss Adams, LLP.

WHEREFORE, premises considered, the Court finds that the appointment of Moss Adams, LLP under the terms of the said contract of engagement is consistent with the requirements of the FSA and is in the best interest of the Class.

IT IS ORDERED that

1. The Unopposed Motion for Approval of Class Counsel's Engagement of Moss Adams, LLP as Class Monitor (Doc. No. 1355) is granted.

2. The Court approves Class Counsel's execution of the contract of engagement attached as Exhibit B. to the Motion.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
(With Consent of the Parties)